# UNITED STATES DISTRICT COURT
for the

Southern District of New York

_____ Division

| | | |
|---|---|---|
| Phillip Taylor, Sr. | ) | Case No. 23 cv 10324 |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | AMENDED COMPLAINT |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)*  ✔ Yes  ☐ No |
| -v- | ) | |
| NYC p.o. Yesenia Rengel of 44 pct, shield # 6865, p.o Kenny Ortiz, of 44 pct, shield # 20334, NYC Health + Hospitals/Jacob Kirk Robinson | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Phillip Taylor Sr. |
| Address | 1458 Jesup ave #5 |
| | New York city / Ny / 10452 |
| | City / State / Zip Code |
| County | Bronx |
| Telephone Number | (347) 938-3285 |
| E-Mail Address | Philliptaylor311@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Yesenia Rengel |
| Job or Title (if known) | Police officer |
| Address | 44 pct |
| | Bronx / NY / 10452 |
| | City / State / Zip Code |
| County | Bronx |
| Telephone Number | |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Kenny Ortiz |
| Job or Title (if known) | Police officer |
| Address | License Division, One Police Plaza, Room110A |
| | New York / NY / 10038 |
| | City / State / Zip Code |
| County | Manhattan |
| Telephone Number | n/a |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

Defendant No. 3
- Name: Kirk Robinson
- Job or Title (if known):
- Address: NYC Health+Hospitals/Jacobi 1400 Pelham Pkwy
  - City: Bronx
  - State: Ny
  - Zip Code: 10461
- County: Bronx
- Telephone Number: n/a
- E-Mail Address (if known):

[✔] Individual capacity    [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 4th, 5th, 8th, 14th Amendments.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

n/a

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

P.O. Rengel act under the color of state law, when officer place the plaintiff under arrest without first doi[ng] a field sobriety tests or breathalyzer test. Thereafter, had the plaintiff transported to hospital where group police officers held plaintiff down while Kirk Robinson extracted his blood. This was done without a warrant or the plaintiff consent violating his constitution right. While being handcuffed and shackle, office Rangel and p.o Ortiz used unreasonable force to remove the plaintiff from the police car when he was

CONTINUE ON NEXT page

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

NYC Health+ Hospitals/ Jacobi and 44 Pct in the bronx

B. What date and approximate time did the events giving rise to your claim(s) occur?

On November 21, 2020 at approximately 10:30 p.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

P.o. Rengel subjected the plaintiff to cruel and unusable punishment and deprivation of his rights when h[e] refused to take a blood test at the hospital when he was not unconscious. Moreover, Kirk Roberson should have refused to follow the request of law enforcement when plaintiff outright refused to such testing. Resulting in gross negligence and willful or wanton act. Thereafter, p.o. Rengel and p.o Ortiz readjusted plaintiff's handcuffed and leg shackle so tightly that plaintiff lost feelings in his hands and legs to the extent that could not move his legs when both officers place the plaintiff in the back seat of the police car at the hospital. Plaintiff suffered intense pain in both his wrists, back and head when the plainti[ff] was dragged out from the police car outside the 44 pct. By p.o. Rengel and p.o Ortiz causing the plainti[ff] to land on ground crying out in extreme pain. Plaintiff believes that these incidents were caught on body cameras, hospital cameras and the cameras in back parking lot of the 44 pct. In addition ADA Alexander Shapiro, Esq. Is in possession of these tapes.

P.O. Rengel act under the color of state law, when officer place the plaintiff under arrest without first doing a field sobriety tests or breathalyzer test. Thereafter, had the plaintiff transported to hospital where group of police officers held plaintiff down while Kirk Robinson extracted his blood. This was done without a warrant or the plaintiff consent violating his constitution right. While being handcuffed and shackled, officer Rangel and P.O.Ortiz used unreasonable force to remove the plaintiff from the police car, when he was unable to get out on his own, so officers dragging plaintiff out of the car by both his legs first landing on his wrists, back and head, violating his constitution rights from cruel, unusable punishment and due process. Thereafter, both officers pick up the plaintiff up from the ground and drag him in to the pct.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff suffered from traumatic injuries to his low back (L5-S1 spinal nerve), which has resulted in radiculopathy symptoms characterized by (1) pain, (2) numbness, (3) weakness. Plaintiff also suffered injuries to both of his wrists resulting in point tenderness. The doctor prescribed ibuprofen for the pain. This was recently change to naproxen for the pain associated with these injuries. The doctor recommended that plaintiff take physical therapy plaintiff is in need of CT/MRI for further evaluation of his injuries.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Plaintiff seeks damages for pain and suffering for past and future medical treatments in the amount of 1,000,000.00 dollars.
2. Plaintiff seeks punitive damages for acts alleged in this complaint in the amount of 1,000,000.00 dollars.
3. Plaintiff seeks compensatory damages for the violations of his constitutional rights and for past + future lost wages, since the plaintiff has not work for three years due to the injuries. Seeks 1,000,000.00 dollars.
4. And for any other relief the court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/8/24

Signature of Plaintiff: *Phillip Taylor Sr* (UNDER PENALTY OF PERJURY)

Printed Name of Plaintiff: Phillip Taylor Sr

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

           *City*     *State*     *Zip Code*

Telephone Number
E-mail Address