UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PHILLIP TAYLOR,                                    :
                                                   :
                              Plaintiff,           :
                                                   :
              - against -                          :
                                                   :
YESENIA RENGEL, KENNY ORTIZ                        :
NYC HEALTH + HOSPITALS, and                       :
JACOBI KIRK ROBINSON,                             :
                                                   :
                              Defendants.          :

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2024

23-CV-10324 (JHR) (RWL)

**ORDER OF SERVICE**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendant Kenny Ortiz through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for the Defendant at the address listed in the Complaint:

Kenny Ortiz
License Division, One Police Plaza, Room 110A
New York, NY 10038

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  June 14, 2024
        New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.