UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| Phillip Taylor, Sr., | : | 23-cv-10324 (JHR) (RWL) |
| Plaintiff, | : | |
| | : | **STATUS** |
| - against - | : | **CONFERENCE ORDER** |
| | : | |
| New York City Police Department, et al. | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER of Hearing: Status Conference set for **OCTOBERT 2, 2024, at 2:30 p.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. Clerk of Court is respectfully requested to mail a copy of this order to Pro Se Plaintiff Phillip Taylor, Sr., and note service on the docket.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2024
       New York, New York

Copies transmitted this date to all counsel of record via ECF.

Phillip Taylor, Sr. (Pro Se Plaintiff)
1458 Jessup Ave., #5
Bronx, NY 10452