UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Phillip Taylor, Sr., : 23-cv-10324 (JHR) (RWL)

              Plaintiff, :

            : **STATUS**
   - against - : **CONFERENCE ORDER**

New York City Police Department, et al. :

           Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     ORDER: Status Conference rescheduled for **OCTOBERT 16, 2024, at 10:00 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Clerk of Court is respectfully requested to mail a copy of this order to Pro Se Plaintiff Phillip Taylor, Sr., and note service on the docket.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2024
       New York, New York

Copies transmitted this date to all counsel of record and mailed to:

Phillip Taylor, Sr.  (Pro Se Plaintiff)
1458 Jessup Ave., #5
Bronx, NY 10452