UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILLIP TAYLOR,                                          :
                                                        :        23-CV-10324 (JHR) (RWL)
                                    Plaintiff,           :
                                                        :
                - against -                              :        **ORDER**
                                                        :
YESENIA RENGEL, KENNY ORTIZ,                             :
NYC HEALTH + HOSPITALS, and                             :
JACOBI KIRK ROBINSON,                                   :
                                                        :
                                    Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A discovery conference was held on October 16, 2024.  Counsel appeared for defendants who have been served.  Plaintiff appeared pro se.  The Court discussed with the parties the importance of meeting and conferring and explained to Plaintiff his responsibilities with respect to discovery.  The parties conferred and cooperated with each other at the conference to complete various authorization forms.  The Court provided Plaintiff with information about the Legal Services Clinic located at the courthouse.  The Court also reminded Plaintiff that he cannot ignore court orders, as occurred when Plaintiff failed to appear for the initial pretrial conference.  As ordered at the conference:

1. Plaintiff shall serve his Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) by October 30, 2024.

2. Plaintiff shall cooperate in providing the information necessary to complete all appropriate authorizations requested by the Defendants.

3. Defendants shall reserve their document requests and interrogatories to Plaintiff by email (as Plaintiff represented was the best means for doing so) and regular

1

mail.  Plaintiff shall respond to the discovery requests within two weeks from the date sent by Defendants by email.  Plaintiff has the responsibility of checking his email for case-related communications.

4. To the extent Plaintiff seeks to request documents and information from Defendants, he must do so in writing (unless agreed to otherwise by the Defendants).

5.  Plaintiff must serve all papers on counsel for each Defendant separately.

Plaintiff may consent (but is not required) to receive documents filed with or issued by the Court.  If interested, the relevant URL on the Court website is: https://www.nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2024
        New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.