```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILLIP TAYLOR,                                             :
                                                            :   23-CV-10324 (JHR) (RWL)
                            Plaintiff,                      :
                                                            :
        - against -                                         :   ORDER
                                                            :
YESENIA RENGEL, KENNY ORTIZ,                                :
NYC HEALTH + HOSPITALS, and                                 :
JACOBI KIRK ROBINSON,                                       :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's request at Dkt. 54 for a further extension of discovery is DENIED for principally the reasons set forth in Defendants' responding letter at Dkt. 55. Discovery is extended to **June 26, 2025**, solely for the purpose of the City Defendants' obtaining Plaintiff's social security records. If Plaintiff has not already done so, he must serve the City Defendants with a signed release for that purpose no later than **June 15, 2025**. To ensure that Plaintiff has the release form, by **May 29, 2025**, the City Defendants shall serve Plaintiff with another copy for his signature. If Plaintiff fails to provide the signed release to City Defendants by **June 15, 2025**, the Court may impose sanctions, including potentially adverse inferences and dismissal for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 23, 2025
       New York, New York

1

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff at the address below and note service on the docket.

Phillip Taylor, Sr.
1458 Jesup Ave. #5
Bronx, NY 10452