

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

July 22, 2025

**VIA ECF**
Honorable Robert W. Lehrberger
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    PHILLIP TAYLOR, SR., v. NEW YORK CITY POLICE DEPARTMENT, *et al.*
           Docket No.   :   23-CV-10324 (JHR) (RWL)
           FKB File No.  :   625.364

Your Honor:

    We represent Defendants Kirk Robinson and New York City Health and Hospitals Corporation ("Defendants") in the above referenced action.

    Please find enclosed a USB containing Exhibit L to the Attorney Declaration in support of the Defendants' Summary Judgment Motion (*i.e.*, NYPD body cam footage). As that exhibit is a video file, it could not be uploaded to ECF.

    We thank the Court for its consideration.

                                    Yours respectfully,

                                    FURMAN KORNFELD & BRENNAN LLP

                                    *Christopher P. Fox*
                                    Christopher P. Fox

cc:    Via ECF
       All Defendants.

cc w/enclosure:    Via First Class Mail
                        Philip Taylor, Sr.
                        1458 Jessup Ave., #5
                        Bronx, New York 10452

---

On July 22, 2025, Defendants NYC Health & Hospitals/ Jacobi and Kirk Robinson filed a motion for summary judgment. (*See* Dkt. 57.) Plaintiff's opposition shall be filed by September 2, 2025; and Defendants' reply, if any, shall be filed by September 16, 2025. Failure to file an opposition may be grounds alone for granting the motion.

SO ORDERED:

7/22/2025   /s/ *signature*

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---