```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILLIP TAYLOR, SR.,                              :
                                                  :     23-CV-10324 (JHR) (RWL)
                              Plaintiff,          :
                                                  :
           - against -                            :     ORDER
                                                  :
YESENIA RENGEL, KENNY ORTIZ,                      :
NYC HEALTH & HOSPITALS, and                       :
JACOBI KIRK ROBINSON,                             :
                                                  :
                              Defendants.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 22, 2025, Defendants New York City Health & Hospitals and Kirk Robinson filed a motion for summary judgment (the "H&H Motion"). (Dkt. 57.) That same day, the Court issued an order directing that Plaintiff's opposition to the H&H Motion be filed by September 2, 2025. (Dkt. 59.)

On August 15, 2025, Defendants Officer Rengel and Officer Ortiz filed a motion for summary judgment (the "Officers' Motion"). (Dkt. 63.)

On September 2, 2025, Plaintiff filed an "Affidavit in Opposition to Defendant's Motion" ("Plaintiff's Opposing Affidavit"). (Dkt. 66.) It is not apparent to the Court whether Plaintiff's Opposing Affidavit is intended to be Plaintiff's opposition to both the H&H Motion and the Officers' Motion, or only the H&H Motion.

Accordingly, if Plaintiff intends to file a separate opposition to the Officers' Motion, he shall do so no later than **September 23, 2025**. If Plaintiff does not file a separate opposition to the Officers' Motion, the Court will treat Plaintiff's Opposing Affidavit as Plaintiff's opposition to both the H&H Motion and the Officers' Motion.

Any reply from the Offices to the Officers' Motion shall be filed by **October 7, 2025**.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  September 9, 2025
        New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff at the address below and note service on the docket.

Phillip Taylor, Sr.
1458 Jesup Ave. #5
Bronx, NY 10452