PHILLIP TAYLOR, SR

1458 JESUP AVE #5

Bronx, New York 10452

February 24, 2026

BY ECF

HONORABLE JENNIFER H. REARDEN
UNITED STATE COURTHOUSE
500 PEARL STREET
New York, New York 10007

**MEMO
ENDORSED
(p. 2)**

RE: Taylor v. Rengel et al
23 civ. 10324 ( JHR)(RWL)

Your Honor:

I am Plaintiff in the above referenced matter. I write to respectfully requesting that the Court Grand me an extension of time to file a timely objection to this report and recommendation dated February 6, 2026 but not received until February 13, 2026. I request that the extension be until March 21, 2026. That you for your consideration of this request.

Respectfully Submitted

*Phillip Taylor, SR*

PHILLIP TAYLOR, SR., Plaintiff

Application GRANTED.  As a courtesy, the Court *sua sponte* extends the deadline for Plaintiff to file objections to **March 30, 2026**.  "Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review."  ECF No. 83.

Plaintiff is informed that there is a Legal Assistance Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a party proceeding pro se with advice in connection with his or her case. The Legal Assistance Clinic is operated by a private organization called the City Bar Justice Center.  The Clinic is not part of or run by the Court, and therefore cannot, among other things, accept filings on behalf of the Court.  Filings by any self-represented party still must be made through the  Pro Se Intake Unit by email (to ProSe@nysd.uscourts.gov) or by mail or hand delivery (to Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment.  If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (at 212-382-4794) or email (at fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

The Clerk of Court is directed to mail a copy of this Order to the self-represented Plaintiff at the mailing address on the docket and to note service on the docket.  The Clerk of Court is further directed to terminate ECF No. 84.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: March 24, 2026